IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Thomas, Tracie

Printed: 2/26/08

Case Number: 07 B 19885
Judge: Squires, John H
Filed: 10/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Prairie District Tower Condominium Asso | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 20,000.00 | 0.00 |
| 4. | Mortgage Electronic Registration Sys | Secured | 2,800.00 | 0.00 |
| 5. | Capital One | Unsecured | 366.50 | 0.00 |
| 6. | Capital One | Unsecured | 399.28 | 0.00 |
| 7. | First Franklin | Secured |  | No Claim Filed |
| 8. | National City Mortgage Co | Secured |  | No Claim Filed |
| 9. | First Franklin | Secured |  | No Claim Filed |
| 10. | Newport News | Unsecured |  | No Claim Filed |
| 11. | Accredited Home Lenders | Unsecured |  | No Claim Filed |
| 12. | Home Loan Services | Unsecured |  | No Claim Filed |
| 13. | HomeComings Financial Network | Unsecured |  | No Claim Filed |
| 14. | Home Loan Services | Unsecured |  | No Claim Filed |
| 15. | Rnb Fields3 | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Wells Fargo Fin Acceptance | Unsecured |  | No Claim Filed |
| 18. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 19. | First Premier | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 21. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,565.78 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Tracie | Case Number: 07 B 19885 |
| | Judge: Squires, John H |
| Printed: 2/26/08 | Filed: 10/26/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

